## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FRENEL GEORGES,**      :
    **Petitioner**    :
             :    **No. 1:17-cv-01692**
**v.**           :
             :    **(Judge Kane)**
**CLAIR DOLL,**       :
    **Respondent**   :

## <u>ORDER</u>

  **AND NOW**, on this 21st day of May 2018, upon consideration of Petitioner's motion to enforce (Doc. No. 8), and Respondent's brief in opposition and exhibits (Doc. No. 11), **IT IS ORDERED THAT** Petitioner's motion to enforce (Doc. No. 8), is **DENIED**.  This case shall remain **CLOSED**.

           <u>s/ Yvette Kane</u>
           Yvette Kane, District Judge
           United States District Court
           Middle District of Pennsylvania